

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK BILELLO, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br>v.<br>JPMORGAN CHASE RETIREMENT PLAN, JPMORGAN CHASE DIRECTOR OF HUMAN RESOURCES, as administrator of the JPMorgan Chase Retirement Plan,<br>    Defendants | Civ. No. 07-7379 (RJS)(FM)<br><br>**MOTION TO ADMIT COUNSEL**<br>*PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Peter S. Linden, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of the following attorneys:

Derek W. Loeser, Lynn Lincoln Sarco, Amy Williams-Derry, and Karin B. Swope, of Keller Rohrback L.L.P., 1201 3rd Avenue, Suite 3200, Seattle, WA 98101, (206) 623-1900 / (206) 623-3384, dloeser@kellerrohrback.com, lsarko@kellerrohrback.com, awilliams-derry@kellerrohrback.com, and kswope@kellerrohrback.com.

Derek W. Loeser is a member in good standing of the Bar of the State of Washington; of the N. District of Illinois and the E. District of Michigan; and of the 2nd, 9th, and 11th Circuits.

Lynn Lincoln Sarko is a member in good standing of the Bar of the States of Washington and Wisconsin; of the District of Columbia, the District of Arizona, the E. District of Michigan, and the N. District of Illinois; of the 1st, 2nd, 3rd, 4th, 5th, 7th, 9th, 10th, and 11th Circuits; and of the US. Supreme Court.

Amy Williams-Derry is a member in good standing of the Bar of the State of Washington, and of the 9th and 2nd Circuits.

Karin B. Swope is a member in good standing of the Bar of the State of Washington, and of the 2nd and 9th Circuits.

There are no pending disciplinary proceedings against Derek W. Loeser, Lynn Lincoln Sarko, Amy Williams-Derry or Karin B. Swope in any State or Federal Court.

Dated: October 16, 2007
New York, NY

Respectfully submitted,

Peter S. Linden, PL-8945
Kirby McInerney LLP
830 3rd Avenue
New York, NY
(212) 371-6600
(212) 751-2540

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK BILELLO, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE RETIREMENT PLAN, JPMORGAN CHASE DIRECTOR OF HUMAN RESOURCES, as administrator of the JPMorgan Chase Retirement Plan,<br><br>            Defendants | Civ. No. 07-7379 (RJS )(FM)<br><br>**AFFIDAVIT OF PETER S. LINDEN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

State of New York )
        ) ss:
County of New York )

Peter S. Linden, being duly sworn, hereby deposes and says as follows:

1. I am counsel at Kirby McInerney LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Derek W. Loeser, Lynn Lincoln Sarko, Amy Williams-Derry, and Karin B. Swope as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the Eastern District of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Derek W. Loeser, Lynn Lincoln Sarko, Amy Williams-Derry, and Karin B. Swope since January 2006.

4. Derek W. Loeser and Lynn Lincoln Sarko are partners at Keller Rohrback L.L.P., in Seattle, Washington, and Amy Williams-Derry and Karin B. Swope are associates at that firm.

5. I have found Derek W. Loeser, Lynn Lincoln Sarko, Amy Williams-Derry, and Karin B. Swope to be a skilled attorney and persons of integrity. They are experienced in Federal practice and are familiar with the Federal Rules of Procedure.

6. Attached hereto as Exhibit A are certificates of good standing for Derek W. Loeser, Lynn Lincoln Sarko, Amy Williams-Derry, and Karin B. Swope, each certificate bearing the raised seal of the Supreme Court of the State of Washington.

7. Accordingly, I am pleased to move the admissions of Derek W. Loeser, Lynn Lincoln Sarko, Amy Williams-Derry, and Karin B. Swope *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of Derek W. Loeser, Lynn Lincoln Sarco, Amy Williams-Derry, and Karin B. Swope, *pro hac vice*, which is submitted herewith.

WHEREFORE it is respectfully requested that the motion to admit Derek W. Loeser, Lynn Lincoln Sarco, Amy Williams-Derry, and Karin B. Swope, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Peter S. Linden (PL-8945)

Sworn to before me
this 16th day of October, 2007

Notary Public

NORMA ROPER
Notary Public, State of New York
No. 01RO6116250
Qualified in Kings County
Commission Expires September 20, 2008

# EXHIBIT A

## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

LYNN LINCOLN SARKO

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR # 16569

**CERTIFICATE OF GOOD STANDING**

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

LYNN LINCOLN SARKO

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on November 12, 1986, and is now and has been continuously since that date an attorney in good standing in said Court.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed 24th day of September, 2007

RONALD R. CARPENTER

SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

DEREK WILLIAM LOESER

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR # 24274

**CERTIFICATE OF GOOD**

**STANDING**

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

DEREK WILLIAM LOESER

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on November 15, 1994, and is now and has been continuously since that date an attorney in good standing in said Court.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed 24th day of September, 2007

RONALD R. CARPENTER

SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT

## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

AMY C. WILLIAMS-DERRY

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR # 28711

**CERTIFICATE OF GOOD**

**STANDING**

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

### AMY C. WILLIAMS-DERRY

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on December 1, 1998, and is now and has been continuously since that date an attorney in good standing in said Court.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed 24th day of September, 2007

RONALD R. CARPENTER

SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

KARIN BORNSTEIN SWOPE

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR # 24015

**CERTIFICATE OF GOOD STANDING**

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

KARIN BORNSTEIN SWOPE

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on November 4, 1994, and is now and has been continuously since that date an attorney in good standing in said Court.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed 24th day of September, 2007

RONALD R. CARPENTER

SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT

Case 1:07-cv-07379-RJS    Document 3-2    Filed 10/16/2007    Page 10 of 11

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK BILELLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE RETIREMENT PLAN, JPMORGAN CHASE DIRECTOR OF HUMAN RESOURCES, as administrator of the JPMorgan Chase Retirement Plan,<br><br>Defendants | Civ. No. 07-7379 (RJS )(FM)<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the Motion of Peter S. Linden, attorney for Frank Bilello, and proposed class counsel for the putative class, and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

Derek W. Loeser, Lynn Lincoln Sarko, Amy Williams-Derry, and Karin B. Swope of Keller Rohrback L.L.P, 1201 3rd Avenue, Suite 3200, Seattle, WA 98101, (206) 623-1900 / (206) 623-3384 are admitted to practice *pro hac vice* as counsel for Frank Bilello, and proposed class counsel for the putative class, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____

_____
United States District/Magistrate Judge