

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK BILELLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE RETIREMENT PLAN, JPMORGAN CHASE DIRECTOR OF HUMAN RESOURCES, as administrator of the JPMorgan Chase Retirement Plan,<br><br>Defendants | Civ. No. 07-7379 (RJS)(  )<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the Motion of Peter S. Linden, attorney for Frank Bilello, and proposed class counsel for the putative class, and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

Derek W. Loeser, Lynn Lincoln Sarko, Amy Williams-Derry, and Karin B. Swope of Keller Rohrback L.L.P, 1201 3rd Avenue, Suite 3200, Seattle, WA 98101, (206) 623-1900 / (206) 623-3384 are admitted to practice *pro hac vice* as counsel for Frank Bilello, and proposed class counsel for the putative class, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: **Oct. 23, 2007**

United States District/~~Magistrate~~ Judge

- 1 -