UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
FRANK BILELLO, individually and on behalf of all : Via ECF
others similarly situated,                       :
                          Plaintiff,             : Case No.: 07-CV-7379(RJS)
                                                 :
         vs.                                     :
                                                 : **DISCLOSURE STATEMENT**
JPMORGAN CHASE RETIREMENT PLAN,                  : **PURSUANT TO FEDERAL RULE**
JPMORGAN CHASE DIRECTOR OF HUMAN                 : **OF CIVIL PROCEDURE 7.1**
RESOURCES, as administrator of the JPMorgan      :
Chase Retirement Plan,                           :
                          Defendants.            :
------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants JPMorgan Chase Retirement Plan and JPMorgan Chase Director of Human Resources certifies as follows:

      The JPMorgan Chase Retirement Plan sponsor is JPMorgan Chase Bank, N.A.

      The parent corporation of JPMorgan Chase Bank, N.A. is JPMorgan Chase & Co. No other publicly held corporation owns 10 percent or more of JPMorgan Chase Bank, N.A.'s stock.

      JPMorgan Chase & Co. is a publicly held corporation. No publicly held corporation owns 10 percent or more of JPMorgan Chase & Co.'s stock.

Dated:  New York, New York
       October 26, 2007

SIMPSON THACHER & BARTLETT LLP

By  */s/ Thomas C. Rice*
Thomas C. Rice, Esq. (TR-1996)
Jonathan K. Youngwood, Esq. (JY-2234)
425 Lexington Avenue
New York, NY 10017-3954
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502

JPMORGAN CHASE LEGAL DEPARTMENT
Meryl R. Kaynard, Esq.
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081

Telephone:  (212) 552-6825

*Attorneys for Defendants*