UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07
```

BILELLO,

           Plaintiff,

-v-

JP MORGAN CHASE RETIREMENT PLAN, *et al.*,

           Defendants.

No. 07 Civ. 7379 (RJS)

SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court hereby ORDERS that the parties appear for a pre-motion conference. The conference shall be held on _Nov. 9_, 2007, at _4:00 pm_, in the United States Courthouse for the Southern District of New York, Courtroom 21C, 500 Pearl Street, New York, New York. The non-moving party shall submit a letter of no more than three (3) pages setting out the basis of the opposition to the motion as well as its position on the relevance of the undersigned's previous employment at Marsh & McLennan to this action. The letter is due seven (7) days prior to the conference.

SO ORDERED.

Dated:     October **29**, 2007

       New York, New York

                                                                            RICHARD J. SULLIVAN
                                                                              UNITED STATES DISTRICT JUDGE