UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
FRANK BILELLO, individually and on behalf of all : Via ECF
others similarly situated, :
                        Plaintiff, :
: Case No.: 07-CV-7379(KJS)
             vs. :
: **NOTICE OF APPEARANCE**
JPMORGAN CHASE RETIREMENT PLAN, :
JPMORGAN CHASE DIRECTOR OF HUMAN :
RESOURCES, as administrator of the JPMorgan :
Chase Retirement Plan, :
                        Defendants. :
----------------------------------------------------------------x

       PLEASE TAKE NOTICE that Jonathan K. Youngwood of the law firm of

Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase

Retirement Plan and JPMorgan Chase Director of Human Resources in this action and requests

that all subsequent papers be served upon him at the following address:

       Jonathan K. Youngwood, Esq. (JY-2234) (jyoungwood@stblaw.com)
       SIMPSON THACHER & BARTLETT LLP
       425 Lexington Avenue
       New York, New York 10017-3954
       (212) 455-2000 (telephone)
       (212) 455-2502 (facsimile).

Dated:     October 31, 2007
            New York, New York

                                  SIMPSON THACHER & BARTLETT LLP

                                  By:  /s/ Jonathan K. Youngwood
                                      Jonathan K. Youngwood, Esq. (JY-2234)
                                      425 Lexington Avenue
                                      New York, New York 10017-3954
                                      Telephone: (212) 455-2000
                                      Facsimile: (212) 455-2502

                                      *Attorneys for Defendants*