UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK BILELLO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>JPMORGAN CHASE RETIREMENT PLAN, JPMORGAN CHASE DIRECTOR OF HUMAN RESOURCES, as administrator of the JPMorgan Chase Retirement Plan,<br><br>                    Defendants | Via ECF<br><br>Civ. No.  07-7379 (RJS )(FM) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff Frank Bilello.

I certify that I am admitted to practice in this Court.

Respectfully submitted this 31st day of October, 2007,

         s/ Derek W. Loeser
Derek W. Loeser
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel:  (206) 623-1900
Fax:  (206) 623-3384

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Peter S. Linden | plinden@kmslaw.com |
| Alice McInerney | amcinerney@kmslaw.com |
| Edgar Pauk | pauk@tiac.net |
| Thomas C. Rice | trice@stblaw.com |
| Andrew Watt | awatt@kmslaw.com |
| Jonathan K. Youngwood | jyoungwood@stblaw.com |

   s/ Derek W. Loeser
Derek W. Loeser
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

- 1 -