**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRANK BILELLO, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>     v.<br><br>JPMORGAN CHASE RETIREMENT PLAN, JPMORGAN CHASE DIRECTOR OF HUMAN RESOURCES, as administrator of the JPMorgan Chase Retirement Plan,<br><br>                        Defendants | <u>Via ECF</u><br><br>Civ. No.  07-7379 (RJS )(FM) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff Frank Bilello.

I certify that I am admitted to practice in this Court.

Respectfully submitted this 31st day of October, 2007,


<u>s/ Karin B. Swope</u>
Karin B. Swope
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel:  (206) 623-1900
Fax:  (206) 623-3384

*Counsel for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 31, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Peter S. Linden                 plinden@kmslaw.com

Alice McInerney                 amcinerney@kmslaw.com

Edgar Pauk                      pauk@tiac.net

Thomas C. Rice                  trice@stblaw.com

Andrew Watt                     awatt@kmslaw.com

Jonathan K. Youngwood           jyoungwood@stblaw.com


  s/ Karin B. Swope
Karin B. Swope
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

- 1 -