MEMO ENDORSED

LAW OFFICES OF
# KELLER ROHRBACK L.L.P.

LAURIE B. ASHTON
IAN S. BIRK
STEPHEN R. BOATWRIGHT
KAREN E. BOXX
JOHN H. BRIGHT
GRETCHEN FREEMAN CAPPIO
JASON P. CHUKAS
DAVID Y. CHEN
T. DAVID COPLEY
ALICIA M. CORBETT
CLAIRE CORDON
SHANE P. CRAMER
ROB J CRICHTON
CHLOETHIEL W. DEWEESE
MAUREEN M. FALECKI
JULI FARRIS
TYLER L. FARMER

RAYMOND J. FARROW
DANIEL S. FRIEDBERG
GLEN P. GARRISON
LAURA R. GERBER
GARY A. GOTTO
MARK A. GRIFFIN
GARY D. GREENWALD
AMY N.L. HANSON
IRENE M. HECHT
SCOTT C. HENDERSON
RON KILGARD
BENJAMIN J. LANTZ
HEIDI LANTZ
CARI CAMPEN LAUFENBERG
ELIZABETH A. LELAND
TANA LIN
DEREK W. LOESER

THOMAS E. LOESER
JOHN MELLEN
GRETCHEN S. OBRIST
ROBERT S. OVER
AMY PHILLIPS
LORRAINE LEWIS PHILLIPS
ERIN M. RILEY
DAVID J. RUSSELL
MARK D. SAMSON
LYNN LINCOLN SARKO
FREDERICK W. SCHOEPPLIN
WILLIAM C. SMART
THOMAS A. STERKEN
RYAN J. STRAUS
KARIN B. SWOPE
BRITT L. TINGLUM
LAURENCE R. WEATHERLY

MARGARET E. WETHERALD
AMY WILLIAMS-DERRY
MICHAEL WOERNER
BENSON D. WONG

ADMITTED IN ARIZONA
ALSO ADMITTED IN ARIZONA
ALSO ADMITTED IN CALIFORNIA
ALSO ADMITTED IN COLORADO
ALSO ADMITTED IN IDAHO
ALSO ADMITTED IN ILLINOIS
ALSO ADMITTED IN MARYLAND
ALSO ADMITTED IN MICHIGAN
ALSO ADMITTED IN NEW YORK
ALSO ADMITTED IN OREGON
ALSO ADMITTED IN OHIO
ALSO ADMITTED IN WASHINGTON, D.C.
ALSO ADMITTED IN WISCONSIN
NOT ADMITTED IN WASHINGTON
OF COUNSEL

November 7, 2007

**Via Hand Delivery**
Hon. Richard J. Sullivan
U.S. District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07

Re: *Bilello v. JPMorgan Chase Retirement Plan, et al.*; Civ. No. 07-7379

Dear Judge Sullivan:

We represent Plaintiff Frank Bilello in this action. Pursuant to this Court's October 30, 2007 Scheduling Order, a pre-motion conference is set for this Friday, November 9, to discuss Defendants' request to file a motion to dismiss. We understand that the conference has been rescheduled with your Case Manager to commence at 2:30 p.m.

I write to request permission for me and co-counsel from Schiffrin Barroway Topaz & Kessler, LLP, Joseph Weeden, to appear telephonically for this conference. Our co-counsel who practice in New York will appear at the pre-motion conference in person.

If a telephonic appearance would be acceptable to the Court, we would be happy to either call the Court together at the scheduled time, or to await a call from the Court. Thank you for considering this request.

Respectfully,

Amy Williams-Derry
Counsel for Plaintiff

Joseph Weeden
Counsel for Plaintiff

cc: All Counsel of Record
    Ms. Eileen Levine (via email)

SO ORDERED
Dated: 11/7/07
RICHARD J. SULLIVAN
U.S.D.J.

Counsel to call Chambers @ 212-805-0264.

REPLY TO: 1201 THIRD AVENUE  SUITE 3200  SEATTLE, WASHINGTON 98101-3052  TELEPHONE: (206) 623-1900  FAX: (206) 623-3384
WWW.KELLERROHRBACK.COM
AFFILIATED OFFICE: KELLER ROHRBACK PLC  3101 N. CENTRAL AVENUE, SUITE 1400  PHOENIX, ARIZONA 85012  (602) 248-0088  FAX (602) 248-2822