UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BILELLO,

                Plaintiff,

-v-

JP MORGAN CHASE RETIREMENT PLAN, *et al.*,

                Defendants.

No. 07 Civ. 7379 (RJS)

SCHEDULING ORDER

---

RICHARD J. SULLIVAN, District Judge:

    After a premotion conference held on November 9, 2007, the Court adopted the following schedule for the proposed motion to dismiss.

    Defendants will submit their motion on November 16, 2007.

    Opposition papers are due December 21, 2007.

    The reply is due January 10, 2008.

SO ORDERED.

Dated:    November **12**, 2007
               New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07