UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11\13\67
```

FRANK BILELLO, individually and on behalf of all others similarly situated,

  Plaintiff,

v.

JPMORGAN CHASE RETIREMENT PLAN, JPMORGAN CHASE DIRECTOR OF HUMAN RESOURCES, as administrator of the JPMorgan Chase Retirement Plan,

  Defendants

Civ. No. 07-7379 (RJS)(FM)

ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the Motion of Peter S. Linden, attorney for Frank Bilello, and proposed class counsel for the putative class, and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

Joseph H. Meltzer, Edward W. Ciolko and Joseph A. Weeden, of Schiffrin Barroway Topaz & Kessler, LLP, 280 King of Prussia Road, Radnor, PA 19087, Tel.: (610) 667-7706, Fax: (610) 667-7056 are admitted to practice *pro hac vice* as counsel for Frank Bilello, and proposed class counsel for the putative class, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: Nov. 13, 2007

United States District/Magistrate Judge