UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK BILELLO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE RETIREMENT PLAN, JPMORGAN CHASE DIRECTOR OF HUMAN RESOURCES as administrator of the JPMorgan Chase Retirement Plan,<br><br>　　　　　　　　　　　Defendants. | Civ. No. 07-7379 (RJS)(FM)<br><br>NOTICE OF FILING FIRST AMENDED COMPLAINT |

TO THE CLERK OF THE COURT:

AND TO: ALL COUNSEL OF RECORD:

　　　PLEASE TAKE NOTICE that Plaintiff Frank Bilello, on his own behalf and on behalf of all others similarly situated, hereby files the following First Amended Class Action Complaint for Violations of the Employee Retirement Income Security Act, attached hereto, pursuant to Fed. R. Civ. P. 15(a).

　/

　/

　/

NOTICE OF FILING AMENDED COMPLAINT
(Civ. No. 07-7379 (RJS)(FM)) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Respectfully submitted this 21st day of December, 2007,

    _s/Amy Williams-Derry_____
Lynn Lincoln Sarko (LS 3700)
Derek W. Loeser (DL 6712)
Amy Williams-Derry (AWD-5891)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

Peter S. Linden, Esq. (PL-8945)
Andrew T. Watt
KIRBY MCINERNEY LLP
830 Third Avenue
New York, NY 10022
(212) 371-6600

Richard S. Schiffrin
Joseph H. Meltzer
Edward W. Ciolko
Joseph A. Weeden
SCHIFFRIN BARROWAY TOPAZ &
   KESSLER, LLP
280 King of Prussia Road
Radnor, PA  19087
(610) 667-7706

Edgar Pauk, Esq.
144 East 44th Street, Suite 600
New York, NY  10017
Tel:  (212) 983-4000
Fax:  (212) 808-9808

*Counsel for Plaintiff and the Proposed Class*

NOTICE OF FILING AMENDED COMPLAINT
(Civ. No. 07-7379 (RJS)(FM)) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384