

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

Sullivan, J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
FRANK BILELLO, individually and on behalf of all
others similarly situated,
               Plaintiff,

vs.

JPMORGAN CHASE RETIREMENT PLAN,
JPMORGAN CHASE DIRECTOR OF HUMAN
RESOURCES, as administrator of the JPMorgan
Chase Retirement Plan,
               Defendants.
------------------------------------------------------------x

Case No.: 07-CV-7379(RJS)

## STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME

WHEREAS, Plaintiff commenced this action by filing a Class Action Complaint on August 17, 2007;

WHEREAS, pursuant to the schedule adopted at the November 9, 2007 conference in this matter, Defendants filed a Motion to Dismiss on November 16, 2007;

WHEREAS, in lieu of opposing Defendants' Motion to Dismiss, Plaintiff filed a First Amended Class Action Complaint on December 21, 2007;

WHEREAS, Defendants intend, pursuant to the Court's Individual Practice rule, to request a pre-motion conference in connection with an anticipated motion to dismiss the Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein through their undersigned counsel that:

    1. Defendants' time to respond to the Amended Complaint is extended until January 25, 2008.

2. If Defendants' response takes the form of a motion to dismiss, Plaintiff's response to that motion may be filed on or before February 29, 2008, and Defendants' reply may be filed on or before March 21, 2008.

3. This is the Parties' first request for an extension with respect to the Amended Complaint.

Dated: January 4, 2008

KELLER ROHRBACK L.L.P.

By: _____
Lynn L. Sarko (LS 3700)
Derek W. Loeser (DL 6712)
Amy Williams-Derry (AWD 5891)
Karin B. Swope (KBS 3369)
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900

KIRBY McINERNEY LLP

Peter S. Linden
Alice McInerney
Andrew T. Watt
830 Third Avenue
New York, New York 10022
Telephone: (212) 371-6600
Fax: (212) 751-2540

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP

Joseph H. Meltzer
Edward W. Ciolko
Joseph A. Weeden
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Fax: (610) 667-7056

SIMPSON THACHER & BARTLETT LLP

By: _____
Thomas C. Rice, Esq. (TR-1996)
Jonathan K. Youngwood, Esq. (JY-2234)
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

JPMORGAN CHASE LEGAL DEPARTMENT
Meryl R. Kaynard, Esq.
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
Telephone: (212) 552-6825

*Attorneys for Defendants*

EDGAR PAUK

    144 East 44th Street, Suite 600
    New York, New York 10017
    Telephone: (212) 983-4000

    *Attorneys for Plaintiff and the Proposed Class*

So Ordered on January __, 2008

_____
The Honorable Richard Sullivan

> Defendants' time to ~~respond~~ answer or otherwise respond to the Amended Complaint is extended to January 25, 2008. The Court will set a motion schedule, if necessary, at a pre-motion conference (if required).
>
> SO ORDERED
> Dated:
> /s/ Richard J. Sullivan
> RICHARD J. SULLIVAN
> U.S.D.J.
> 1/7/08