UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

BILELLO,

                Plaintiff,

-v-

JP MORGAN CHASE RETIREMENT PLAN, *et al.*,

                Defendants.

No. 07 Civ. 7379 (RJS)

SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the parties' pre-motion letters, dated January 8 and January 11, respectively, and hereby adopts the following schedule concerning defendants' proposed motion to dismiss:

    Defendants will submit their motion and supporting papers by February 25, 2008.

    Opposition papers are due March 31, 2008.

    The reply is due April 14, 2008.

    The Court will subsequently schedule a date for oral argument, if necessary.

SO ORDERED.

Dated:    January 14, 2008
            New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE