# EXHIBIT D

Exhibit D

**Documents Produced In *In Re JPMorgan Chase Cash Balance Litigation* That Were Made Available to Plaintiff**

| Bates Start | Bates End | Document |
|---|---|---|
| CBPJPMC00000001 | CBPJPMC00000035 | December 2004 amendments to the JPMorgan Chase Retirement Plan |
| CBPJPMC00000036 | CBPJPMC00000045 | December 2005 amendments to the JPMorgan Chase Retirement Plan |
| CBPJPMC00000046 | CBPJPMC00000102 | JPMorgan Chase Retirement Plan: "Your Wealth Accumulation Program" (2005) |
| CBPJPMC00000103 | CBPJPMC00000105 | JPMorgan Chase Compensation and Benefits Update – January 2005 |
| CBPJPMC00000106 | CBPJPMC00000134 | JPMorgan Chase 2005 Benefits Program Highlights brochure |
| CBPJPMC00000135 | CBPJPMC00000138 | Notice of Change in Benefits for Current Participants in the JPMorgan Chase Retirement Plan |
| CBPJPMC00000139 | CBPJPMC00000140 | Notice of Change in Benefits for Current Participants in the Bank One Corporation Personal Pension Account Plan |
| CBPJPMC00000141 | CBPJPMC00000326 | JPMorgan Chase Retirement Plan, Effective January 1, 2002, containing all amendments through December 31, 2003 |
| CBPJPMC00000327 | CBPJPMC00000341 | December 2002 amendments to the JPMorgan Chase Retirement Plan |
| CBPJPMC00000342 | CBPJPMC00000353 | December 2001 amendments associated with the merger of the Chase and JPMorgan plans |
| CBPJPMC00000354 | CBPJPMC00000411 | Your Guide to Benefits at JPMorgan Chase, 2003 |
| CBPJPMC00000412 | CBPJPMC00000430 | Highlights: The Rewards of Succeeding at JPMorgan Chase |
| CBPJPMC00000431 | CBPJPMC00000434 | JPMorgan Chase Compensation and Benefits Bulletin: Important Updates to Wealth Accumulation Plans, September 2002 |
| CBPJPMC00000435 | CBPJPMC00000458 | JPMorgan Chase Benefits Program 2002 |
| CBPJPMC00000459 | CBPJPMC00000475 | Highlights of the New JPMorgan Chase Retirement Plan - Effective January 1, 2002 |
| CBPJPMC00000476 | CBPJPMC00000604 | Retirement Plan of the Chase Manhattan Bank & Certain Affiliated Companies, Effective January 1, 1997 (amended and restated through August 9, 2001) |
| CBPJPMC00000605 | CBPJPMC00000772 | Retirement Plan of the Chase Manhattan Bank & Certain Affiliated Companies, Effective January 1, 1997 |
| CBPJPMC00000773 | CBPJPMC00000788 | January 2000 Update: Your Guide to Benefits at Chase |

Exhibit D

| | | |
|---|---|---|
| CBPJPMC00000789 | CBPJPMC00000829 | Your Guide to Benefits at Chase, 1999 |
| CBPJPMC00000830 | CBPJPMC00000839 | Highlights of the Chase Benefits Program |
| CBPJPMC00000840 | CBPJPMC00000840 | December 16, 1996 notice that the Retirement Plan and Family Benefits Plan of The Chase Manhattan Bank, N.A. and the Retirement Plan of Chemical Bank & Certain Affiliated Companies would be merged effective January 1, 1997 |
| CBPJPMC00000841 | CBPJPMC00000855 | October 1996 Brochure, Chase Choice: Planning for the Future |
| CBPJPMC00000856 | CBPJPMC00000861 | September 1996 Highlights brochure: Introducing Chase Choice |
| CBPJPMC00000862 | CBPJPMC00001057 | The Retirement & Family Benefits Plan of the Chase Manhattan Bank, N.A. (including amendments through December 31, 1994) |
| CBPJPMC00001058 | CBPJPMC00001241 | The Retirement & Family Benefits Plan of the Chase Manhattan Bank, N.A. (1989) |
| CBPJPMC00001242 | CBPJPMC00001273 | January 1996 Summary Plan Description for the Retirement Plan of the Chase Manhattan Bank |
| CBPJPMC00001274 | CBPJPMC00001304 | September 1993 Summary Plan Description for the Chase Retirement Plan |
| CBPJPMC00001305 | CBPJPMC00001306 | Chase Benefits News: January 1990 |
| CBPJPMC00001307 | CBPJPMC00001307 | Chase Benefits News: February 1990 |
| CBPJPMC00001308 | CBPJPMC00001320 | Chase Benefits News: July 1990 |
| CBPJPMC00001321 | CBPJPMC00001463 | Retirement Plan of Chemical Bank and Certain Affiliated Companies, Effective January 1, 1993, as amended through December 31, 1996 |
| CBPJPMC00001464 | CBPJPMC00001596 | Retirement Plan of Chemical Bank and Certain Affiliated Companies, Effective January 1, 1993, as amended through August 1, 1994 |
| CBPJPMC00001597 | CBPJPMC00001627 | Directions, Your Guide to Benefits and Policies at Chemical |
| CBPJPMC00001628 | CBPJPMC00001646 | Introducing Your New Benefits Program, Benefit Directions For Today and Tomorrow, Chemical Bank |
| CBPJPMC00001647 | CBPJPMC00001732 | Cash Plan for Retirement of Chemical Bank and Certain Affiliates (Amended and Restated as of January 1, 1991) |
| CBPJPMC00001733 | CBPJPMC00001741 | Communication relating to Cash Plan for Retirement |

Exhibit D

| | | |
|---|---|---|
| CBPJPMC00001742 | CBPJPMC00001841 | Cash Balance Plan of Morgan Guaranty Trust Company of New York and Affiliated Companies for United States Employees, Effective December 31, 1998 (amended through January 2001) |
| CBPJPMC00001842 | CBPJPMC00001950 | Cash Balance Plan of Morgan Guaranty Trust Company of New York and Affiliated Companies for United States Employees, Effective December 31, 1998 |
| CBPJPMC00001951 | CBPJPMC00001985 | Summary Plan Description for the Cash Balance Plan of Morgan Guaranty Trust Company of New York and Affiliated Companies for United States Employees |
| CBPJPMC00001986 | CBPJPMC00002004 | JP Morgan Capital Accumulation and Life Insurance Resource Guide |
| CBPJPMC00002005 | CBPJPMC00002016 | JP Morgan September 1998 Benefits Update – Updating the Capital Accumulation and Life Insurance Programs |
| CBPJPMC00002017 | CBPJPMC00002110 | Bank One Corporation Personal Pension Account Plan, effective January 1, 2000, containing all amendments through February 1, 2002 |
| CBPJPMC00002111 | CBPJPMC00002114 | November 2002 amendments to the Bank One Corporation Personal Pension Account Plan |
| CBPJPMC00002115 | CBPJPMC00002115 | March 2004 amendments to the Bank One Corporation Personal Pension Account Plan |
| CBPJPMC00002116 | CBPJPMC00002117 | August 2003 amendments to the Bank One Corporation Personal Pension Account Plan |
| CBPJPMC00002118 | CBPJPMC00002135 | 2004 Summary Plan Description for the Bank One Corporation Personal Pension Account Plan |
| CBPJPMC00002136 | CBPJPMC00002212 | First Chicago NBD Corporation Personal Pension Account Plan, effective January 1, 1997, containing all amendments through July 15, 1999 |
| CBPJPMC00002213 | CBPJPMC00002231 | 1998 Summary Plan Description for the First Chicago NBD Corporation Personal Pension Account Plan |
| CBPJPMC00002232 | CBPJPMC00002335 | First USA Pension Plan, effective August 9, 1989, containing amendments through July 1, 1990 |
| CBPJPMC00002336 | CBPJPMC00002348 | February 1992 amendments to the First USA Pension Plan |
| CBPJPMC00002349 | CBPJPMC00002350 | December 1996 amendments to the First USA Pension Plan |
| CBPJPMC00002351 | CBPJPMC00002367 | 1997 Summary Plan Description for the First USA Pension Plan |
| CBPJPMC00002368 | CBPJPMC00002874 | Bank One Corporation Cash Balance Pension Plan (Effective As Of January 1, 1998) |