# APPENDIX A

# APPENDIX A: Chronology of Retirement Plans in Which Plaintiff Participated

## Timeline of Plans

**Prior Chemical Plan** — Final Pay Formula
- Plaintiff begins employment in 1960 (Compl. ¶ 2)
- The Chemical Plan is converted to a cash balance plan on January 1, 1991, with an opening balance including cash balance accruals back to 1989 (Compl. Ex. 4)

**1991 Chemical Cash Plan** — Cash Balance Formula
- Chemical Banking Corporation and Manufacturer's Hanover Trust Corporation merge (Compl. ¶ 38)
- The 1991 Chemical Cash Plan merges with the Manufacturers Hanover plan; the resulting plan is the 1993 Chemical Plan effective January 1, 1993 (Compl. ¶ 38)

**1993 Chemical Plan** — Dual Cash Balance/Final Pay Formula
- Chemical Bank and The Chase Manhattan Corporation merge in 1996 (Compl. ¶ 41)
- The 1993 Chemical Plan merges with the existing Chase Manhattan plan; the resulting plan is the 1997 Chase Plan effective January 1, 1997 (Compl. ¶ 41)

**1997 Chase Plan** — Cash Balance Formula
- Chase and J.P. Morgan & Co, Inc. merge in 2000, forming J.P. Morgan Chase & Co. (Compl. ¶ 43)
- Chase and J.P. Morgan retirement plans merge, resulting in the JPMC Plan, effective January 1, 2002 (Compl. ¶ 43)

**JPMC Plan 2002 – present** — Cash Balance Formula
- Following the 2004 merger of J.P. Morgan Chase and Bank One Corporation, the Bank One retirement plan is merged into the JPMC Plan effective January 1, 2005 (Compl. ¶ 44)