**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRANK BILELLO, individually and on behalf of all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JPMORGAN CHASE RETIREMENT PLAN, )<br>JPMORGAN CHASE DIRECTOR OF )<br>HUMAN RESOURCES as administrator of the )<br>JPMorgan Chase Retirement Plan, )<br>)<br>Defendants. )<br>) | Via ECF<br><br>Civ. No.  07-7379 (RJS) (FM) |

## DECLARATION OF AMY WILLIAMS-DERRY

Pursuant to 28 U.S.C. § 1746, I, AMY WILLIAMS-DERRY, declare as follows:

1. I am an attorney with the firm of Keller Rohrback L.L.P., counsel of record for Plaintiffs in this matter. I am admitted to practice *pro hac vice* in this District. I submit this declaration in support of the Plaintiffs' Opposition to Defendants' Motion to Dismiss. I have personal knowledge of the matters stated herein, and if called upon I could and would competently testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of Frank Bilello's first Benefit Election Form, dated March 6, 2008.

- 1 -

3. Attached as Exhibit 2 is a true and correct copy of the slip opinion of the U.S. District Court for the Southern District of Texas in the action entitled *Humphrey v. United Way of the Texas Gulf Coast*, Cause No. H-05-758, dated March 28, 2008.

4. Attached as Exhibit 3 is a true and correct copy of IRS Document 6390, entitled Employee Benefit Plans, Explanation No. 2A: Minimum Vesting Standards Defined Benefit Plans.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 31st day of March, 2008.

    _s/Amy Williams-Derry_____
    Amy Williams-Derry

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Thomas C. Rice | trice@stblaw.com |
| Jonathan K. Youngwood | jyoungwood@stblaw.com |

    s/ Amy Williams-Derry
Amy Williams-Derry
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900