**EXHIBIT 1**

JPMorgan Chase Retirement Plan
BENEFIT ELECTION FORM

ELECTION: Please check one election, sign & return this form.    CASE NUMBER: 1708963

ESTIMATED LUMP SUM - BASED ON DISTRIBUTION DATE OF April 1, 2008

| Benefit Option | Payment Amount | | Election |
| --- | --- | --- | --- |
| | Participant | Spouse | |
| Lump Sum | $586,965.17 | N/A | ☒ |

-OR-

ESTIMATED ANNUITY - BASED ON DISTRIBUTION DATE OF April 1, 2008

| Benefit Option | Participant Monthly Payment Amount | Level Income Option | | Spouse Monthly Payment Amount | Election |
| --- | --- | --- | --- | --- | --- |
| | | Pre 62/65 | Post 62/65 | | |
| Life Annuity | $4,232.28 | N/A | N/A | N/A | ☐ |
| 50% Joint & Survivor | $3,690.97 | N/A | N/A | $1,845.49 | ☐ |
| 100% Joint & Survivor | $3,272.40 | N/A | N/A | $3,272.40 | ☐ |
| 10 Year Certain & Life | $4,019.82 | N/A | N/A | N/A | ☐ |
| 15 Year Certain & Life | $3,790.01 | N/A | N/A | N/A | ☐ |
| 20 Year Certain & Life | $3,519.14 | N/A | N/A | N/A | ☐ |
| 5 Year Certain & Life | $4,175.99 | N/A | N/A | N/A | ☐ |
| Increasing Annuity | $2,618.33 | N/A | N/A | N/A | ☐ |
| 40% Joint & Survivor | $3,787.89 | N/A | N/A | $1,515.16 | ☐ |
| 50% Joint & Survivor w/Rev | $3,634.68 | N/A | N/A | $1,817.34 | ☐ |
| 66 2/3% Joint & Survivor | $3,539.88 | N/A | N/A | $2,360.04 | ☐ |
| 75% Joint & Survivor | $3,469.20 | N/A | N/A | $2,601.90 | ☐ |
| 100% Joint & Survivor w/Rev | $3,184.79 | N/A | N/A | $3,184.79 | ☐ |

- OR -

| DEFER: I elect to defer receipt of my benefit until a later date when I will call the *accessHR* Contact Center for a new election package or, if earlier, UNTIL April 1 following the later of the calendar year in which I reach age 70 1/2 or terminate employment, at which time my benefit payments will begin. (Note that this option is not available if you are already over age 70 1/2 as of the distribution date shown on this form). | ☐ |
| --- | --- |

YOUR ELECTION IS IRREVOCABLE ONCE PAYMENTS HAVE COMMENCED
If you have any questions or need more information, please call the *accessHR* Contact Center.

_____    3/6/08
Participant's Signature    Date

CONFIDENTIAL