**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRANK BILELLO, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) JPMORGAN CHASE RETIREMENT PLAN, ) JPMORGAN CHASE DIRECTOR OF ) HUMAN RESOURCES as administrator of the ) JPMorgan Chase Retirement Plan, ) ) Defendants. ) ) | Via ECF<br><br>Civ. No. 07-CV-7379 (RJS) (FM)<br><br>PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

In further support of his opposition to Defendants' Motion to Dismiss, Plaintiff Frank J. Bilello respectfully submits the attached order granting plaintiffs' motion for class certification in *Jensen et al. v. Solvay America, Inc. et al.*, No. 06-273, slip op. (D. Wyo. Feb. 8, 2008) (the "Solvay Order") (attached as Exhibit 1).[1]  The Solvay Order certifies several claims involving cash balance plans under ERISA, four of which are substantially similar to the claims brought by Mr. Bilello in this action:

---

[1] Plaintiff also attaches the Solvay Complaint as Exhibit 2.

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
(Civ. No. 07-7379 (RJS)(FM)) Page - 1

- Whether the design of Solvay's cash balance formula violates the anti-backloading rules in ERISA § 204(b)(1)(B), 29 U.S.C. § 1054(b)(1)(B) [Bilello Counts One and Six];

- Whether Solvay's cash balance formula violates the nonforfeiture rules in ERISA § 203(a), 29 U.S.C. § 1053(a) [Billello Counts Four and Five];

- Whether Solvay provided a notice of significant reductions in the future rate of benefit accrual with sufficient information for the average plan participant to understand the effect of the changes as required by ERISA § 204(h), 29 U.S.C. § 1054(h) [Bilello Count Seven]; and

- Whether Solvay adequately disclosed the material modifications to the Solvay Pension Plan that could result in reduction, losses or forfeitures of benefits that a participant might otherwise reasonably expect as required by ERISA § 102, 29 U.S.C. § 1022 [Bilello Count Nine].

Solvay Order, Ex. 1 at 2-3.

In light of this supplemental authority, and the reasons stated in Plaintiff's Opposition, Plaintiff respectfully requests that the Court deny Defendants' Motion to Dismiss.

Respectfully submitted this 28th day of April, 2008.

**KELLER ROHRBACK L.L.P.**

  s/Amy Williams-Derry
Lynn L. Sarko
Derek W. Loeser
Amy Williams-Derry
Karin B. Swope
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

**KIRBY McINERNEY LLP**
Peter S. Linden
Alice McInerney
Andrew T. Watt
830 Third Avenue
New York, New York 10022
(212) 371-6600
Fax: (212) 751-2540

**SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP**
Joseph H. Meltzer
Edward W. Ciolko
Joseph A. Weeden
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**EDGAR PAUK**
144 East 44th Street, Suite 600
New York, New York 10017
(212) 983-4000

*Attorneys for Plaintiff and the Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Thomas C. Rice             trice@stblaw.com

Jonathan K. Youngwood      jyoungwood@stblaw.com

        s/ Amy Williams-Derry
Amy Williams-Derry
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900