**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRANK BILELLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE RETIREMENT PLAN, JPMORGAN CHASE DIRECTOR OF HUMAN RESOURCES as administrator of the JPMorgan Chase Retirement Plan,<br><br>Defendants. | Via ECF<br><br>Civ. No. 07-CV-7379 (RJS) (FM)<br><br>PLANTIFF'S NOTICE OF FURTHER SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

In further support of his opposition to the Defendants' Motion to Dismiss, Plaintiff Frank Bilello respectfully submits the recently issued letter from the U.S. Department of the Treasury, clarifying that the Internal Revenue Service's Revenue Ruling 2008-7 applies only to the tax qualification status of ERISA plans and not to private litigation such as the present case. May 28, 2008 letter from U.S. Department of the Treasury Assistant Secretary for Legislative Affairs Kevin I. Fromer to Senator Tom Harkin ("Treasury Letter"), attached hereto as Exhibit 1.

Defendants have argued that Revenue Ruling 2008-7 explicitly exculpates them of backloading, despite the fact that their Plans entailed periods of zero benefit accrual for participants. *See* Mem. of Law in Supp. of Defendants' Motion to Dismiss the First Amended Class Action Complaint at 10-11. (Dkt. No. 26.) However, the attached Treasury letter affirms

PLANTIFF'S NOTICE OF FURTHER SUPPLEMENTAL
AUTHORITY
 (Civ. No. 07-7379 (RJS)(FM)) Page - 1

Case 1:07-cv-07379-RJS   Document 31   Filed 06/10/2008   Page 2 of 4

that "there was no intent by the Treasury Department nor the IRS to take sides in any ongoing private litigation. The transition relief provided in Revenue Ruling 2008-7 applies solely for purposes of the Internal Revenue Code tax qualification rules, and not for purposes of litigation under Title I of the Employment Retirement Income Security Act of 1974 (ERISA)."

In light of this supplemental authority, and the reasons stated in Plaintiff's Opposition to Defendants' Motion to Dismiss, Plaintiff respectfully requests that the Court deny Defendants' Motion to Dismiss.

Respectfully submitted this 10th day of June, 2008.

**KELLER ROHRBACK L.L.P.**

_s/Amy Williams-Derry_____
Lynn L. Sarko
Derek W. Loeser
Amy Williams-Derry
Karin B. Swope
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

**KIRBY McINERNEY LLP**

Peter S. Linden
Alice McInerney
Andrew T. Watt
830 Third Avenue
New York, New York 10022
(212) 371-6600
Fax: (212) 751-2540

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Joseph H. Meltzer
Edward W. Ciolko
Joseph A. Weeden

        280 King of Prussia Road
        Radnor, Pennsylvania  19087
        Telephone: (610) 667-7706
        Facsimile: (610) 667-7056

        **EDGAR PAUK**
        144 East 44th Street, Suite 600
        New York, New York 10017
        (212) 983-4000

        *Attorneys for Plaintiff and the Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Thomas C. Rice                trice@stblaw.com

Jonathan K. Youngwood         jyoungwood@stblaw.com

        s/ Amy Williams-Derry
Amy Williams-Derry
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900