UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
FRANK BILELLO, individually and on behalf of all : Via ECF
others similarly situated, :
: Case No.: 07-CV-7379(RJS)
            Plaintiff, :
:
        vs. :
:
JPMORGAN CHASE RETIREMENT PLAN, :
JPMORGAN CHASE DIRECTOR OF HUMAN :
RESOURCES, as administrator of the JPMorgan :
Chase Retirement Plan, :
:
            Defendants. :
------------------------------------------------------------X

## NOTICE OF CHANGE OF LAW FIRM ADDRESS

TO:    The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Kirby McInerney LLP has moved its offices from 830 Third Avenue, 10th Floor New York, NY 10022 to 825 Third Avenue, 16th Floor, New York, NY 10022. In addition, the firm's domain name has changed from "kmslaw.com" to "kmllp.com". The firm's telephone and facsimile numbers remain the same.

Dated: July __ 2008

                                Respectfully submitted,

                                KIRBY McINERNEY LLP

                        By:    /s/
                               _____
                               Peter S. Linden
                               825 Third Avenue, 16th Floor
                               New York, NY 10022
                               Tel: (212) 371 - 6600
                               Fax: (212) 751 – 2540
                               plinden@kmllp.com