UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK BILELLO, individually and on behalf of all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JPMORGAN CHASE RETIREMENT PLAN, )<br>JPMORGAN CHASE DIRECTOR OF )<br>HUMAN RESOURCES as administrator of the )<br>JPMorgan Chase Retirement Plan, )<br>)<br>Defendant. ) | Via ECF<br><br>Civ. No. 07-CV-7379 (RJS) (FM) |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on July 22, 2008, the undersigned caused the attached letter to be submitted to the above-captioned court.

DATED this 28th day of July, 2008.

                KELLER ROHRBACK L.L.P.


                By: s/Amy Williams-Derry
                   Lynn L. Sarko
                   Derek W. Loeser
                   Amy Williams-Derry
                   Karin B. Swope
            1201 Third Avenue, Suite 3200
            Seattle, WA 98101
            Tel: (206) 623-1900
            Fax: (206) 623-3384

            KIRBY McINERNEY LLP
            Peter S. Linden
            Alice McInerney
            Andrew T. Watt
            825 Third Avenue
            New York, New York 10022
            Tel: (212) 371-6600
            Fax: (212) 751-2540

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Joseph H. Meltzer
Edward W. Ciolko
Joseph A. Weeden
280 King of Prussia Road
Radnor, Pennsylvania  19087
Tel: (610) 667-7706
Fax: (610) 667-7056

EDGAR PAUK
144 East 44th Street, Suite 600
New York, New York 10017
Tel: (212) 983-4000

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Thomas C. Rice | trice@stblaw.com |
| Jonathan K. Youngwood | jyoungwood@stblaw.com |

  s/ Amy Williams-Derry
Amy Williams-Derry
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900