UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK BILELLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE RETIREMENT PLAN, JPMORGAN CHASE DIRECTOR OF HUMAN RESOURCES as administrator of the JPMorgan Chase Retirement Plan,<br><br>Defendant. | Via ECF<br><br>Civ. No.  07-CV-7379 (RJS) (FM) |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on August 1, 2008, the undersigned caused the attached letter to be submitted to the above-captioned court.

DATED this 4th day of August, 2008.

                                                                  KELLER ROHRBACK L.L.P.

                                                                  By: s/Amy Williams-Derry
                                                                      Lynn L. Sarko
                                                                      Derek W. Loeser
                                                                      Amy Williams-Derry
                                                                      Karin B. Swope
                                            1201 Third Avenue, Suite 3200
                                            Seattle, WA 98101
                                            Tel: (206) 623-1900
                                            Fax: (206) 623-3384

                                            KIRBY McINERNEY LLP
                                            Peter S. Linden
                                            Alice McInerney
                                            Andrew T. Watt
                                            825 Third Avenue
                                            New York, New York 10022
                                            Tel: (212) 371-6600
                                            Fax: (212) 751-2540

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Joseph H. Meltzer
Edward W. Ciolko
Joseph A. Weeden
280 King of Prussia Road
Radnor, Pennsylvania  19087
Tel: (610) 667-7706
Fax: (610) 667-7056

EDGAR PAUK
144 East 44th Street, Suite 600
New York, New York 10017
Tel: (212) 983-4000

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Thomas C. Rice | trice@stblaw.com |
| Jonathan K. Youngwood | jyoungwood@stblaw.com |

  s/ Amy Williams-Derry
Amy Williams-Derry
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900