```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FRANK BILELLO, individually and on       :
behalf of all others similarly           :
situated,                                :
                            Plaintiff,   :      07 Civ. 7379
                                         :         (DLC)
              -v-                        :
                                         :         ORDER
JPMORGAN CHASE RETIREMENT PLAN,          :
JPMORGAN CHASE DIRECTOR OF HUMAN         :
RESOURCES, as administrator of the       :
JPMorgan Chase Retirement Plan,          :
                            Defendants.  :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/09

DENISE COTE, DISTRICT JUDGE:

Plaintiff filed a motion for leave to file a second amended complaint on May 27, 2009. It is hereby

ORDERED that the following schedule shall apply to briefing on the plaintiff's motion seeking leave to amend:

- Defendants' opposition brief shall be served by **June 19, 2009**
- Plaintiff's reply shall be served by **July 2, 2009**

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         May 29, 2009

_____
         DENISE COTE
    United States District Judge